UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR A. BATUHAN, | No. 2:15-cv-1862 KJM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| ASSURITY FINANCIAL SERVICES, LLC, et al., | |
| Defendants. | |

Plaintiff, Eleanor Batuhan, is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Plaintiff initiated this action by filing her complaint in the Contra Costa County Superior Court. Defendant Caliber Home Loans, Inc. then removed the action to this court on September 2, 2015. (Dkt. No. 1.) However, on September 17, 2015, defendant filed with this court a petition to transfer, acknowledging that defendant mistakenly removed this action from the Contra Costa County Superior Court to this court. (Dkt. No. 3.) A review of plaintiff's complaint reveals that plaintiff, and the property at issue, reside and are located in Contra Costa County, California, and that the events at issue in this litigation took place in Contra Costa, California.

Venue in a civil action is proper in (1) a judicial district where any defendant resides, if all defendants reside in the same State in which the district is located, (2) a judicial district in which

1

1  a substantial part of the events or omissions giving rise to the claim occurred or (3) a judicial
2  district in which any defendant is subject to personal jurisdiction at the time the action is
3  commenced, if there is no district in which the action may otherwise be brought.  28 U.S.C. §
4  1391(b).

5      Here, the complaint alleges that the events giving rise to this action took place in Contra
6  Costa County, California.  This action, therefore, should have been removed to the United States
7  District Court for the Northern District of California, since Contra Costa County is within the
8  boundaries of that district.  In the interests of justice, this action will be transferred to the United
9  States District Court for the Northern District of California for further proceedings.  See 28
10 U.S.C. § 1404(a).

11     Accordingly, IT IS ORDERED that this action is transferred to the United States District
12 Court for the Northern District of California.

13 Dated:  September 23, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:6
Ddad1\orders.pro se\batuhan1862.transfer.ord.docx